IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:12-CR-292-N |
| | ) | |
| DAN GONZALEZ-HERRERA | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Dan Gonzalez-Herrera, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a plea of guilty to Count(s) 1 of the Indictment on June 21, 2012. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I also determined that Defendant knowingly and voluntarily waived his right to object to this recommendation concerning his plea of guilty. I therefore recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   December 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE